**HRRG**
MAIL RETURN ONLY
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

800-984-9115
en Español 800-398-3975

November 07, 2018

HRRG ▲ 021634
CARL J BRUN
12213 QUILTING LN
BOCA RATON FL 33428-4638

Re: 40209058 2nd Follow Up Letter
hrrgcollections.com
PIN# 1.40209058.507

Dear Carl J Brun:

Some time ago, the health care provider(s) listed below, hired Healthcare Revenue Recovery Group, LLC (HRRG) to collect the balance shown below. Many patients do not realize that they will get separate bills from the facility and from the physician. This balance covered the charges for PHYSICIAN SERVICES.

Please call us toll free at 800-984-9115. At HRRG we strive to treat you kindly, and fairly. If you feel we have not achieved our goal, please let us know. (NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.)

We want you to avoid accelerated collection activities. Just fill in your credit card information on the reverse, or enclose your check/money order payable to the creditor listed, along with the payment voucher below. The reply envelope provided needs no postage. Unless specified, your payment will be applied to the oldest balance first. To pay without the need to speak to a live agent, try using our automated IVR accessible 24 hours a day by calling 855-PAY-HRRG (855-729-4774).

Best regards from,

Healthcare Revenue Recovery Group, LLC

(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)

✂                                     ✂

Reference #: 40209058      Total Balance: $126.65      Amount Enclosed $ _____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| ARAGON CONTRACTING SVC | 0213381848-51515438 | BRUN,CARL J | 126.65 | 05/18/18 |

PO BOX 5406
CINCINNATI OH 45273-7942

0209058 000012665 0213381848 0 6