**HRRG**

Page 1 of 1

MAIL RETURN ONLY
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

800-984-9115
en Español 800-398-3975

November 26, 2018

HRRG ▲ 011705
CARL J BRUN
12213 QUILTING LN
BOCA RATON FL 33428-4638

Re: 40209058 Settlement Offer
hrrgcollections.com
PIN# 1.40209058.507

Dear Carl J Brun:

AN OFFER FOR YOU

Our client has authorized us to offer you a settlement option in an effort to assist you in resolving your account balance. This offer is valid for 10 days from the date of this letter. If you need additional time to respond to this offer, or need to make other arrangements, please contact us. We are not obligated to renew this offer.

Settle your balance of $126.65 by making a one-time payment of $75.99 within 10 days of the date of this letter.

To make your payment, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 855-PAY-HRRG (855-729-4774), or visit our website at hrrgcollections.com. Both options require the PIN# and the RE: # listed above along with the last four digits of your social security number.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION).

(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)

✂           ✂

Reference #: 40209058    Total Balance: $126.65    Amount Enclosed $ _____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| ARAGON CONTRACTING SVC | 0213381848-51515438 | BRUN, CARL J | 126.65 | 05/18/18 |

PO BOX 5406
CINCINNATI OH 45273-7942

0209058 000012665 0213381848 0 6