UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-63015-CIV-COHN/SELTZER

CARL BRUN,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC and PARAGON
CONTRACTING SERVICES LLC,

    Defendants.

_____/

**ORDER SETTING CALENDAR CALL, TRIAL DATE, AND PRETRIAL DEADLINES**
**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR**
**<u>PRETRIAL DISCOVERY MATTERS</u>**

**THIS CAUSE** is before the Court upon the filing of the Complaint. The Court has carefully considered the Complaint and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The above-entitled cause is hereby set for trial before the Honorable James I. Cohn, United States District Judge, at United States District Court at 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, during the **two-week trial period** commencing **June 29, 2020**, at 9:00 a.m., or as soon thereafter as the case may be called.

    2.    The Calendar Call will be held on **June 25, 2020**, at 9:00 a.m.

    3.    Discovery shall commence upon service of the Complaint, as no Scheduling Conference will be held in this case.

    4.    Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules

of the Southern District of Florida, the above-captioned cause is **REFERRED** to United States Magistrate Barry S. Seltzer for appropriate disposition of all pro hac vice motions, and all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations.  This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

5. The following pretrial deadlines shall apply in this case:

| | |
|---|---|
| Joinder of parties and Amendment of Pleadings | February 24, 2020 |
| Discovery cutoff | March 24, 2020 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | April 17, 2020 |
| Mediation Completed | May 18, 2020 |
| Motions in Limine | June 10, 2020 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | June 19, 2020 |
| Proposed Jury Instructions, voir dire questions, and any Counter-designations and Objections to Deposition Designations | Calendar Call |

6. Proposed jury instructions with substantive charges and defenses, as well as verdict forms, shall be in typed form and emailed to the Court.  To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall

indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which the instruction is modeled.  All other instructions shall include citations to relevant supporting case law.

7. **Plaintiff's counsel shall serve a copy of this Order upon Defendant.**

8. Prior to trial, the parties shall submit to the Court a typed list of proposed witnesses and/or exhibits. The parties shall provide the lists in a format substantially similar to that of Form AO 187, available at

http://www.uscourts.gov/FormsAndFees/Forms/CourtForms.aspx

All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 10th day of December, 2019.

JAMES I. COHN
United States District Judge

Copies provided to:

Magistrate Judge Barry Seltzer
counsel of record listed on CM/ECF