**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No. 0:19-cv-63015-COHN/SELTZER**

CARL BRUN,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC., and PARAGON
CONTRACTING SERVICES, LLC,

    Defendant.

_____/

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to Court's Order Requiring Mediation (DE 09), undersigned counsel file this Joint Notice of Mediator Selection. The parties have jointly selected Christopher Benjamin of Salmon & Dulberg, located at 101 N.E. Third Ave. Suite 1500, Fort Lauderdale, Florida 33301 to mediate this matter. The parties will subsequently file a Notice of Scheduled Mediation upon agreeing to the date and time for the mediation.

Dated this 24th day of January, 2020.

| | |
|---|---|
| */s/ Jibrael S. Hindi* | */s/ Ernest H. Kohlmyer, III* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III , Esquire |
| Florida Bar No.: 118259 | Florida Bar Number: 110108 |
| jibrael@jibraellaw.com | SKohlmyer@shepardfirm.com |
| The Law Offices of Jibrael S. Hindi | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 110 SE 6th Street, Suite 1744 | 2300 Mailtland Center Parkway, Suite 100 |
| Fort Lauderdale, Florida 33301 | Maitland, Florida 32751 |
| Phone: 954-907-1136 | Phone: (407) 622-1772 |
| Fax: 855-529-9540 | Fax: (407) 622-1884 |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

| | |
|---|---|
| */s/ Thomas J. Patti* | */s/ John Gaset* |
| Thomas J. Patti, Esq, | John Gaset, Esq., |
| Florida Bar No. 118377 | Florida Bar No. 98415 |
| tom@jibraellaw.com | john.gaset@nelsonmullins.com |
| The Law Offices of Jibrael S. Hindi | Nelson Mullins Broad and Cassel |
| 110 SE 6th Street, Suite 1744 | 100 North Tampa Street, Suite 3500 |
| Fort Lauderdale, Florida 33301 | Tampa, FL 33602 |
| Phone: 954-907-1136 | Telephone: 813-225-3020 |
| Fax: 855-529-9540 | Facsimile: 813-225-3039 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Paragon Contracting Services LLC.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **January 24th, 2020**, via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorneys of record: Jibrael S. Hindi, Esq. and Thomas J. Patti, Esq. of The Law Offices of Jibrael S. Hindi at jibrael@jibraellaw.com and tom@jibraellaw.com (Attorneys for Plaintiff) and John Philip Gaset of Nelson Mullins Broad and Cassel at john.gaset@nelsonmullins.com (attorneys for Paragon Contracting Services LLC.)

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III , Esquire
Florida Bar Number: 110108
SKohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Mailtland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*